■ ANN B. NEWBURGER, Respondent, v. ANDREW M. NEWBURGER, Appellant.— In an action by a wife for separation, wherein her husband interposed counterclaims for annulment and separation, the appeal is from so much of an order as awards temporary alimony of $200 a week and a counsel fee of $10,000. Order modified by striking from the second ordering paragraph the words and figure "Ten Thousand ($10,000)" and by substituting therefor the words and figure "Five Thousand ($5,000)". As so modified, order insofar as appealed from affirmed, without costs. On the record before us, it is our opinion that an award of $5,000 as a counsel fee is adequate, particularly in view of the fact that respondent has been given leave to make a subsequent application to the trial court for an additional allowance. This court's fixation of the counsel fee at $5,000 is not intended to govern the trial court's discretion if such subsequent application shall be made. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ ANN B. NEWBURGER, Appellant, v. ANDREW M. NEWBURGER, Respondent.— In an action by a wife for separation, her husband counterclaimed, *inter alia,* for an annulment on the ground that, at the time of the purported

marriage of the parties, the wife was married to one Newman, and alleged that a Nevada decree obtained by Newman, divorcing her, was void for lack of jurisdiction. The appeal is from an order denying the wife's motion to direct that Newman be added as an indispensable party pursuant to section 193 of the Civil Practice Act. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.